RICHARD CHAMBERLAIN et al., Appellants, v NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE et al., Respondents.

Decided June 1, 2017

Appeal transferred without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that the constitutional question presented on this direct appeal is not substantial (*see Gerzof v Gulotta*, 40 NY2d 825 [1976]).

In the Matter of GILBERTO DIAZ, Appellant, v ARLENE GOLD-BERG et al., Respondents.

Submitted March 27, 2017; decided June 1, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (*see* CPLR 5601). Motion for poor person relief dismissed as academic.

In the Matter of GILBERTO DIAZ, Appellant, v CYRUS R. VANCE et al., Respondents.

Submitted April 24, 2017; decided June 1, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (*see* CPLR 5601). Motion for poor person relief dismissed as academic.

In the Matter of AMIL DINSIO, Appellant, v RAYMOND J. ELLIOTT, III, Respondent.

Submitted March 27, 2017; decided June 1, 2017

Motion for leave to appeal dismissed upon the ground that the December 20, 2016 and January 27, 2017 letters sought to be appealed from are neither judgments nor orders from which an appeal to this Court may be taken (*see* CPLR 5512 [a]; 5602 [a]). Motion for poor person relief dismissed as academic.